60 F.3d 819
 Mary C. Williams
v.
William Hauck, Assistant Superintendent of Edna Mahan
Correctional Facility for Women, Rudolph Archer, Supervising
Physician of Edna Mahan Correctional Facility for Women,
Linda Farrell, Supervisor of Nurses of Edna Mahan
Correctional Facility for Women, Carol Proper, Dietician of
Edna Mahan Correctional Facility for Women, S.C.O. Jane Doe,
Correctional Officer Assigned to Central Transportation Unit
of Department of Corrections, Dr. Richetti,
 NO. 94-5775
 United States Court of Appeals,
Third Circuit.
 May 04, 1995
 
 Appeal From: D.N.J., No. 94-cv-02839,
 Brown, J.
 
 
 1
 AFFIRMED.
 
 
 2
 Federal Reporter. The Third Circuit provides by rule for
 
 
 3
 the reporting of opinions having 'precedential or
 
 
 4
 institutional value. An opinion which appears to have value
 
 
 5
 only to the trial court or the parties is ordinarily not
 
 
 6
 published.' The Federal Reporter tables are prepared from
 
 
 7
 lists of cases terminated by judgment orders, unpublished
 
 
 8
 per curiam opinions and unpublished signed opinions,
 
 
 9
 indicating the disposition of each case, transmitted by the
 
 
 10
 Court. Third Circuit Rules, App. 1, Internal Operating
 
 Procedures, Ch. 5, sec. 5.1, 28 U.S.C.A.)